JS-6

IN THE UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| JORGE DIAZ, et al., | Case No.: LACV11 5748-RSWL (JCx) |
| Plaintiff(s), | Assigned to Courtroom: 21 |
| | The Hon. RONALD S. W. LEW, SR. |
| vs. | |
| | **ORDER DISMISSING ACTION** |
| SANTA ROSALIA COURT APARTMENTS, L.L.C., a California limited liability company; et al., | Action Commenced: 07/13/2011 |
| | Trial Date: 10/16/2012 |
| Defendant(s). | Discovery Cut-Off: 07/31/2012 |
| | Law & Motion Cut-Off: 09/03/2012 |

Pursuant to Federal Rule of Civil Procedure 41(a) and Plaintiffs' Request for Dismissal of Defendants in this case, this Court dismisses the above-captioned case with prejudice.

Dated: July 16, 2012

                                                 __RONALD S.W. LEW__
                                                 Senior, U. S. District Court Judge
                                                 The Honorable Ronald S.W. Lew